UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19-cv-2041 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO HOTEL, LLC, | |
| Defendants. | |

On October 11, 2019, plaintiff filed the present action against defendant Sacramento Hotel LLC. (ECF No. 1.) On January 28, 2020, the Clerk of Court entered a default against defendant Sacramento Hotel at the request of the plaintiff. (ECF No. 6.) Since then there has been no further activity in this litigation.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall either file a motion for default against defendant, or a notice of dismissal of this action.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE