UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19-cv-02041-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO HOTEL, LLC, | |
| Defendant. | |

On October 11, 2019, plaintiff filed the present action against defendant Sacramento Hotel LLC. (ECF No. 1.) On January 28, 2020, the Clerk of Court entered a default against defendant Sacramento Hotel at the request of the plaintiff. (ECF No. 6.) On November 10, 2020, the undersigned ordered plaintiff, within fourteen days, either to file a motion for default judgment against defendant, or to file a notice of dismissal of this action. (ECF No. 8.) The court further cautioned plaintiff that failure to timely comply with the November 10, 2020 order would result in a recommendation that the action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Id. To date, plaintiff has neither filed a motion for default judgment nor a notice of voluntary dismissal.

/////

/////

/////

1

Accordingly, Peter Strojnik, Sr. is hereby ordered to show cause within fourteen days why this action should not be dismissed for failure to prosecute under Rule 41(b).

IT IS SO ORDERED.

Dated:  December 8, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.stroj2041.osc

2