UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | No. 2:19-cv-02041-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO HOTEL, LLC, | |
| Defendant. | |

On December 8, 2020, the undersigned ordered Peter Strojnik, Sr. to show cause within fourteen days why this action should not be dismissed for failure to prosecute under Rule 41(b). (ECF No. 9.) On December 21, 2020, Mr. Strojnik timely filed a response, which upon review, the court finds to be adequate. Accordingly, good cause appearing, the December 8, 2020 order to show cause (ECF No. 9) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: January 4, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.stroj2041.oscdischarge

1